IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Myers, Alvin Patrick

Printed: 10/23/07

Case Number: 07 B 05991
Judge: Hollis, Pamela S
Filed: 4/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,534.99 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 4,534.99 |
| Totals: | 4,534.99 | 4,534.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Internal Revenue Service | Priority | 3,625.67 | 0.00 |
| 2. | Capital One | Unsecured | 903.61 | 0.00 |
| 3. | Americredit Financial Ser Inc | Unsecured | 14,863.20 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 2,320.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 433.39 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 1,228.09 | 0.00 |
| 7. | Paragon Way Inc | Unsecured | 536.96 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 947.18 | 0.00 |
| 9. | Capital One | Unsecured | 1,161.59 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 724.84 | 0.00 |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Theadora Pride | Priority | | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 15. | Aurora Anesthesia Association | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 18. | Midland Credit Management | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | Public Guardian | Unsecured | | No Claim Filed |
| 21. | Ricken Backer Collectors | Unsecured | | No Claim Filed |
| 22. | Riscuity | Unsecured | | No Claim Filed |
| | | | $ 26,744.53 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Myers, Alvin Patrick

Printed: 10/23/07

Case Number: 07 B 05991
Judge: Hollis, Pamela S
Filed: 4/3/07

## TRUSTEE FEE DETAIL

Fee Rate            Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_